AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00203 |
| **NICHOLAS BURTON REIMLER** | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 2/5/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **NICHOLAS BURTON REIMLER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. §5104(e)(2)(G) - Violent Entry or Disorderly Conduct
18 U.S.C. § 1752 (a)(1) and (2) - Restricted Building or Grounds

Date:     02/05/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.05 18:00:54 -05'00'

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/8/21, and the person was arrested on *(date)* 2/18/21
at *(city and state)* St. Louis, MO.

Date: 2/18/21

*Arresting officer's signature*

Trevor Welter FBI
*Printed name and title*